## United States District Court for the Northern District of Illinois

Case Number: 08CV5027          Assigned/Issued By: DAJ

Judge Name: COAR             Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00      [ ] $5.00

[ ] IFP         [ ] No Fee      [ ] Other _____

[ ] $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00              Receipt #: 3074538

Date Payment Rec'd: 09/03/08     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1   Original and  0  copies on  09/03/08  as to  DEF. _____
                                     (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05